1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10
11
12 DIEGO RIVERA VALENCIA,      Case No. 5:18-cv-00311-DOC (SHK)
13             Plaintiff,
14      v.      **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
15 FRANKLIN RUTLEDGE, et al.,
16             Defendants.
17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First
19 Amended Complaint ("FAC"), Defendants' Motion to Dismiss or, in the
20 Alternative, for Summary Judgment ("Motion"), the relevant records on file, the
21 Report and Recommendation ("R&R") of the United States Magistrate Judge, and
22 the objections filed by Plaintiff to the R&R. The Court has engaged in <u>de novo</u>
23 review of those portions of the R&R to which Plaintiff has objected. Court accepts
24 the findings and recommendation of the Magistrate Judge.
25      IT IS THEREFORE ORDERED that:
26    (1) The Magistrate Judge's R&R [Electronic Case Filing Number ("ECF No.") 31]
27       is ADOPTED;
28

(2) Defendants' Motion [ECF No. 25] is GRANTED insofar as Defendants move to dismiss all claims based on the lapse of the statute of limitations, and DENIED insofar as Defendants seek summary judgment against Plaintiff;

(3) The claims in Plaintiff's FAC against all Defendants are DISMISSED with prejudice;

(4) Plaintiff's Objections [ECF Nos. 27-28] to Defendants' filings are DENIED as MOOT; and

(5) Judgment be entered DISMISSING this action with prejudice.

Dated:     April 7, 2020

_____
HONORABLE DAVID O. CARTER
United States District Judge