JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO RIVERA VALENCIA, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN RUTLEDGE, et al., <br><br> Defendants. | Case No. 5:18-cv-00311-DOC (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 7, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge